# Third District Court of Appeal

## State of Florida

Opinion filed August 31, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D20-0916 & 3D20-1544
Lower Tribunal No. 17-28946

_____

**Alejandro Ignacio Miranda,**
Appellant,

vs.

**Jeannette Casal Miranda,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Maria Espinosa Dennis, Judge.

Crabtree & Auslander, and John G. Crabtree, and Charles M. Auslander, and Brian C. Tackenberg, for appellant.

Law Offices of Michelle Walsh, P.A., and Michelle R. Walsh, for appellee.

Before LOGUE, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.